B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gooding's Supermarkets, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1292169** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12521 SR 535**<br>**Lake Buena Vista, FL**<br>ZIP Code **32836** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**12521 SR 535**<br>**Orlando, FL**<br>ZIP Code **32836** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **12521 SR 535**<br>**Lake Buena Vista, FL 32836** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gooding's Supermarkets, Inc** ||
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| Location Where Filed: **Middle District of Florida, Orlando Division** | Case Number:<br>**6:05-bk-17769-ABB** | Date Filed:<br>**12/30/05** |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gooding's Supermarkets, Inc** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ R Scott Shuker**
Signature of Attorney for Debtor(s)

**R Scott Shuker 984469**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name

**PO Box 3353**
**Orlando, FL 32802-3353**

_____
Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

**April 5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jonathan Gooding**
Signature of Authorized Individual

**Jonathan Gooding**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**April 5, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gooding's Supermarkets, Inc**                  Case No. _____

                                Debtor

                                                                Chapter      **11**

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    **N/A**   .

2. The following financial data is the latest available information and refers to debtor's condition on _____.

    a. Total assets                                     $        **0.00**

    b. Total debts (including debts listed in 2.c., below)     $        **0.00**

                                                            Approximate number of holders

    c. Debt securities held by more than 500 holders.

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

    d. Number of shares of preferred stock                  **0**                 **0**

    e. Number of shares of common stock                  **0**                 **0**

    Comments, if any:
    **Privately-held Florida "C" corporation**

3. Brief description of debtor's business:
    **Supermarket**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Jonathan Gooding - 343,765 Common shares**
    **Russell J Doerk - 15,500 Common shares**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Gooding's Supermarkets, Inc**                      Case No. _____

                                          Debtor(s)                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| B & B Ice, INC. - Florida<br>PO Box 2188<br>Valrico, FL 33595-2188 | B & B Ice, INC. - Florida<br>PO Box 2188<br>Valrico, FL 33595-2188 | Suppliers | | 2,660.50 |
| City Beverages<br>PO Box 620006<br>Orlando, FL 32862-0006 | City Beverages<br>PO Box 620006<br>Orlando, FL 32862-0006 | Suppliers | | 2,879.70 |
| Classic Deli Provisions<br>164 Hope Street<br>Longwood, FL 32750 | Classic Deli Provisions<br>164 Hope Street<br>Longwood, FL 32750 | Suppliers | | 2,370.83 |
| Edlen<br>11483 Rocket Blvd<br>Orlando, FL 32824 | Edlen<br>11483 Rocket Blvd<br>Orlando, FL 32824 | Service Providers | | 5,250.00 |
| Food Team, Inc<br>PO Box 931974<br>Cleveland, OH 44193 | Food Team, Inc<br>PO Box 931974<br>Cleveland, OH 44193 | Service Providers | | 10,794.41 |
| Goodings Creditor Trust<br>c/o Roetzel Andress<br>420 South Orange Ave 7th Fl<br>Attn: Glenn Jensen<br>Orlando, FL 32802-6507 | Goodings Creditor Trust<br>c/o Roetzel Andress<br>420 South Orange Ave 7th Fl<br>Orlando, FL 32802-6507 | Creditor Trust for Gooding's Supermarkets Bankruptcy Case 6:05-bk-17769-ABB | | 279,165.00 |
| Haddon House Food Prod Inc<br>PO Box 907<br>Medford, NJ 08055 | Haddon House Food Prod Inc<br>PO Box 907<br>Medford, NJ 08055 | Suppliers | | 4,822.29 |
| Karl's Event Rental of Fl LLC<br>7000 S. 10th Street<br>Oak Creek, WI 53154-1421 | Karl's Event Rental of Fl LLC<br>7000 S. 10th Street<br>Oak Creek, WI 53154-1421 | Service Providers | | 3,400.00 |
| Larson Allen LLP<br>PO Box 643650<br>Cincinnati, OH 45264-3650 | Larson Allen LLP<br>PO Box 643650<br>Cincinnati, OH 45264-3650 | Service Providers | | 13,424.71 |
| Lowndes, Drosdick, et al<br>PO Box 2809<br>Attn: Bill Dymond<br>Orlando, FL 32802-2809 | Lowndes, Drosdick, et al<br>PO Box 2809<br>Attn: Bill Dymond<br>Orlando, FL 32802-2809 | Professional Services | | 131,833.84 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| National Distributing Company, LLC<br>PO Box 24598<br>Tampa, FL 33623-459 | National Distributing Company, LLC<br>PO Box 24598<br>Tampa, FL 33623-459 | Suppliers | | 3,083.09 |
| Pepsi-Cola<br>PO Box 841828<br>Dallas, TX 75284-1828 | Pepsi-Cola<br>PO Box 841828<br>Dallas, TX 75284-1828 | Suppliers | | 7,000.00 |
| Premier Beverage Co LLC<br>PO Box 820410<br>South Florida, FL 33082 | Premier Beverage Co LLC<br>PO Box 820410<br>South Florida, FL 33082 | Suppliers | | 7,000.00 |
| Progress Energy Fl, Inc<br>PO Box 33199<br>Attn: Steve MacCallum<br>St. Petersburg, FL 33733-8199 | Progress Energy Fl, Inc<br>PO Box 33199<br>Attn: Steve MacCallum<br>St. Petersburg, FL 33733-8199 | Utility | | 17,326.44 |
| Schenck Company<br>PO Box 685061<br>Orlando, FL 32868-5061 | Schenck Company<br>PO Box 685061<br>Orlando, FL 32868-5061 | Suppliers | | 12,313.29 |
| Southern Wine & Spirits<br>PO Box 90249<br>Lakeland, FL 33804-0249 | Southern Wine & Spirits<br>PO Box 90249<br>Lakeland, FL 33804-0249 | Suppliers | | 14,995.32 |
| Sysco Food Services<br>Central Florida<br>PO Box 40<br>Ocoee, FL 34761 | Sysco Food Services<br>Central Florida<br>PO Box 40<br>Ocoee, FL 34761 | Suppliers | | 115,876.31 |
| TCAM Core Property Fund REIT<br>Dept at 40096<br>Atlanta, GA 31192-0096 | TCAM Core Property Fund REIT<br>Dept at 40096<br>Atlanta, GA 31192-0096 | Landlord | | 210,269.94 |
| United Natural Food Incorp.<br>PO Box 790<br>Harrison, AR 72601 | United Natural Food Incorp.<br>PO Box 790<br>Harrison, AR 72601 | Suppliers | | 11,500.00 |
| US Trustee<br>135 W Central Blvd #620<br>Orlando, FL 32801 | US Trustee<br>135 W Central Blvd #620<br>Orlando, FL 32801 | Quarterly Fees from Gooding's Supermarkets Bankruptcy Case 6:05-bk-17769-ABB | | 48,750.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Gooding's Supermarkets, Inc
                      Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 5, 2010**       Signature  **/s/ Jonathan Gooding**
                                                                       **Jonathan Gooding**
                                                                       **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com        Best Case Bankruptcy

## United States Bankruptcy Court
## Middle District of Florida

In re    **Gooding's Supermarkets, Inc**                       Case No. _____

                                            Debtor

                                                                                                       Chapter          **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Jonathan Gooding**<br>12521 SR 535<br>Lake Buena Vista, FL 32836 | Common | 343,765 | Shareholder |
| **Russell J Doerk**<br>501 N Lake Sybelia Dr<br>Maitland, FL 32751 | Common | 15,500 | Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 5, 2010**                          Signature  **/s/ Jonathan Gooding**
                                                                                      **Jonathan Gooding**
                                                                                       **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                 18 U.S.C §§ 152 and 3571.

   **0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Gooding's Supermarkets, Inc**             Case No. _____
                                                 Debtor(s)        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   **April 5, 2010**                      **/s/ Jonathan Gooding**
                                                     **Jonathan Gooding/CEO**
                                                     Signer/Title

Gooding's Supermarkets, Inc
12521 SR 535
Orlando, FL 32836

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

ADT Security Systems
PO Box 371967
Pittsburg, PA 15250

Adv Pest Elimination Svc
PO Box 622156
Attn: Fred
Oviedo, FL 32762

AH Computer Services, Inc
7221 Aloma Ave. #300
Attn: John Haley
Winter Park, FL 32792

All States Lighting, Inc
3780 Silver Star Road
Orlando, FL 32808

Anco Fine Cheese

Arizona Beverage

Associated Grocers of FL
1141 SW 12th Ave.
Lou Moore
Pompano Beach, FL 33069

Australian Gold
925 Sunshine Lane #1020
Altamonte Springs, FL 32714

Auto-Owners Insurance
PO Box 30315
Lansing, MI 48909-7815

B & B Ice, INC. - Florida
PO Box 2188
Valrico, FL 33595-2188

Bagel King, Wholesale
668 West Kennedy Blvd
Orlando, FL 32810

Bob's Vending
253 Devon St
Port Orange, FL 32127

Brokvale Nat'l Distributors
PO Box 102561
Atlanta, GA 30368

Buckeye Cleaning Center
PO Box 842025
Kansas City, MO 64184-2025

Burton & Burton
Nancy Dunn

Carolina Rincon
PO Box 532992
Atlanta, GA 30353

CF Food LLC
Lockbox #1027 PO Box 8500
Philadelphia, PA 19178-1027

City Beverages
PO Box 620006
Orlando, FL 32862-0006

City of Orlando
-Permitting Svcs
400 S Orange Ave-First Fl
Orlando, FL 32802-4990

Classic Deli Provisions
164 Hope Street
Longwood, FL 32750

CoAdvantage Resources, Inc
111 West Jefferson St #100
Orlando, FL 32801

Coca-Cola-Orlando
PO Box 403390
Atlanta, GA 30384-3390

Crane Merchandising Systems
PO Box 535046
Atlanta, GA 30353-5046

Dade Paper
PO Box 593829
Orlando, FL 32859

Danny Schutt
PO Box 2751
Danny Schutt
Apoka, FL 32704

Data Supplies Inc
PO Box 4747
Norcross, GA 30091-4747

Dawn
8035 NW 84th St
Miami, FL 33166

Debbie's Candy Caper
3629 Percival Road
Orlando, FL 32826

| | | |
|---|---|---|
| Don Sias (Vortman)<br>PO Box 5206<br>Burlington Ontario<br>L7R 4L4 CANADA | Florida Dept of Agriculture<br>3125 Conner Blvd MS L-2<br>Tallahassee, FL 32399 | Haddon House Food Prod Inc<br>PO Box 907<br>Medford, NJ 08055 |
| Downtown Produce, Inc.<br>7856 Ellis Road<br>Melbourne, FL 32904 | Florida Dept of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0125 | Helget Gas Products<br>PO Box 24246<br>Omaha, NE 68124-0246 |
| Dr. Phillips, Inc.<br>P.O. Box 3753<br>Orlando, FL 32802 | Florida Lottery<br>1241 Semoran Blvd #181<br>Casselberry, FL 32707 | Hissho Sushi<br>11949 Steele Creek Rd<br>Charlotte, NC 28273 |
| Ecolab<br>PO Box 905327<br>Charlotte, NC 28290-5327 | Flowers Baking<br>PO Box 101741<br>Atlanta, GA 30392 | Hobart-ITW Food Equip Group<br>9777-100 Satellite Blvd<br>Attn: April Wells<br>Orlando, FL 32837 |
| Edlen<br>11483 Rocket Blvd<br>Orlando, FL 32824 | Food Team, Inc<br>PO Box 931974<br>Cleveland, OH 44193 | Hubert<br>9555 Dry Fork Road<br>Harrison, OH 45030-1994 |
| Embarq<br>PO Box 96064<br>Charlotte, NC 28296-0064 | Fortran Group International<br>2202 NW Shore Blvd Ste 200<br>Derrick S Bavol<br>Tampa, FL 33607 | I.D. Gear |
| Farnam Street Financial<br>5850 Opus Parkway, Suite 240<br>Leif Stoa, Dale Olsen<br>Minnetonka, MN 55343 | Frito-Lay<br>PO Box 643103<br>Pittsburgh, PA 15264 | Insurance Office of America<br>PO Box 162207<br>Attn: Danny Anderson<br>Altamonte Springs, FL 32716-2207 |
| Fidelity Bank of Florida<br>P. O. Box 540160<br>Merritt Island, FL 32954-0160 | Goodings Creditor Trust<br>c/o Roetzel Andress<br>420 South Orange Ave 7th Fl<br>Attn: Glenn Jensen<br>Orlando, FL 32802-6507 | Interstate Brands Corp<br>2200 S Division Ave<br>Orlando, FL 32805 |
| Fintech<br>7702 Woodland Ctr Blvd #50<br>Tampa, FL 33614 | Grantham Distributing<br>2685 Hansrob Rd<br>Orlando, FL 32804 | ITW Labels<br>1 Missouri Research Park Dr<br>St. Charles, MO 63304 |
| Florida DBPR<br>1940 N Monroe St<br>Tallahassee, FL 32399 | Gulf Coast Panama Jack<br>1411 Moylan Rd<br>Panama City Beach, FL 32407 | Jonathan Gooding<br>12521 SR 535<br>Lake Buena Vista, FL 32836 |

| | | |
|---|---|---|
| Karl's Event Rental of Fl LLC<br>7000 S. 10th Street<br>Oak Creek, WI 53154-1421 | Montgomery Insurance Co<br>PO Box 5001<br>Hamilton, OH 45012-5001 | Paetec<br>PO Box 1317<br>Buffalo, NY 14240-1317 |
| Kasco/Atlanta SharpTech<br>PO Box 202368<br>Shelia Mitchell<br>Dallas, TX 75320-2368 | Mr Greenjean's Produce<br>PO Box 560153<br>Orlando, FL 32856 | Paradies Gifts, Inc<br>2305 West Airport Blvd<br>Sanford, FL 32771 |
| Keith Mackie (Pepp) | Muzak LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | Pepsi-Cola<br>PO Box 841828<br>Dallas, TX 75284-1828 |
| Krispy Kreme<br>PO Box 569<br>Augusta, GA 30903 | Nass Parts and Service<br>1108 Woods Avenue<br>Orlando, FL 32805 | Premier Beverage Co LLC<br>PO Box 820410<br>South Florida, FL 33082 |
| Larson Allen LLP<br>PO Box 643650<br>Cincinnati, OH 45264-3650 | National Cooperative Bank<br>2011 Crystal Dr. Ste 800<br>Arlington, VA 22202 | Progress Energy Fl, Inc<br>PO Box 33199<br>Attn: Steve MacCallum<br>St. Petersburg, FL 33733-8199 |
| Lawton Bros., Inc<br>2515 Dinneen Ave<br>Orlando, FL 32854 | National Distributing Company, LLC<br>PO Box 24598<br>Tampa, FL 33623-459 | Reddy Ice<br>13910 County Road 448<br>Tavares, FL 32778 |
| Lipten & Company<br>205 National Pl #123<br>Longwood, FL 32750 | Oranage Cty Tax Collector<br>PO Box 2551<br>Attn: David Rodriguez<br>Orlando, FL 32802-2551 | Reedy Creek Impr District<br>Attn: Utility/Delores<br>PO Box 30000<br>Orlando, FL 32891-8132 |
| Lowndes, Drosdick, et al<br>PO Box 2809<br>Attn: Bill Dymond<br>Orlando, FL 32802-2809 | Orange County Fire Rescue<br>Attn: Finance<br>PO Box 5879<br>Winter Park, FL 32793 | Reliance Plumbing & Drain<br>PO Box 622315<br>Oviedo, FL 32762 |
| Mattern Wholesale<br>1215 Atlanta Avenue<br>Orlando, FL 32806 | Orlando Provisions<br>7810 Kingspointe Parkway<br>Orlando, FL 32819 | RGIS Inventory Specialists<br>PO Box 77631<br>Detroit, MI 48277 |
| MGM Air Conditioning<br>850 Rosedale Ave<br>Attn: Mike<br>St Cloud, FL 34769 | Orlando Sentinel<br>633 North Orange Ave. MP304<br>Orlando, FL 32801 | Roma Food Group, Inc.<br>8575 NW 79th Ave Unit A<br>Miami, FL 33166 |

| | | |
|---|---|---|
| Roto Rooter<br>5672 Collection Center Dr<br>Chicago, IL 60693 | Sunny Florida Dairy<br>PO Box 5085<br>Tampa, FL 33675 | United Natural Food Incorp.<br>PO Box 790<br>Harrison, AR 72601 |
| Russell Doerk<br>501 N Lake Sybelia Dr<br>Maitland, FL 32751 | Sysco Food Services<br>Central Florida<br>PO Box 40<br>Ocoee, FL 34761 | United Site Services of FL<br>3506 - 81st Court East<br>Bradenton, FL 34211 |
| Russell J Doerk<br>501 N Lake Sybelia Dr<br>Maitland, FL 32751 | T.G. Lee Dairy<br>PO Box 932689<br>Atlanta, GA 31193-2689 | US Trustee<br>135 W Central Blvd #620<br>Orlando, FL 32801 |
| Schenck Company<br>PO Box 685061<br>Orlando, FL 32868-5061 | TCAM Core Property Fund REIT<br>Dept at 40096<br>Atlanta, GA 31192-0096 | USA Today<br>305 Seaboard LN #301<br>Franklin, TN 37067-8288 |
| SE Atlantic Beverage Corp<br>1969 W New Hampshire St<br>Orlando, FL 32804 | Teco Peoples Gas<br>PO Box 31017<br>Tampa, FL 33631-3017 | Volvo Commercial Finance<br>PO Box 7247-0236<br>Philadelphia, PA 19170-0236 |
| Shoe Shack<br>7432 NW 8 Street<br>Miami, FL 33126 | Teeka Tan Suncare, Inc.<br>6538 Collins Ave, Suite 355<br>Attn: Daniel Kalb<br>Miami Beach, FL 33141 | Waste Management-Orlando<br>PO Box 105453<br>Atlanta, GA 30348-5453 |
| Smart City Telecom<br>PO Box 917720<br>Orlando, FL 32891-7720 | The Postcard Factory<br>2801 John St<br>Markham Ontario<br>L3R 2Y8 CANADA | Wayne Automatic<br>Fire Sprinklers<br>222 Capitol Court<br>Ocoee, FL 34761-3033 |
| Snyder's of Hanover<br>c/o Ed Martin<br>Greenberg, Grant & Richards<br>5858 Westheimer Rd #500<br>Houston, TX 77057 | Tropical Nut & Fruit | William M Kovalay<br>(Pepperidge)<br>PO Box 690273<br>Orlando, FL 32869 |
| Southeastern Paper Group<br>PO Box 890672<br>Charlotte, NC 28289 | Tropicana Chilled DSD<br>PO Box 643106<br>Pittsburgh, PA 15264 | |
| Southern Wine & Spirits<br>PO Box 90249<br>Lakeland, FL 33804-0249 | UK Imports Inc<br>10805 Southport Dr Bay #8<br>Orlando, FL 32824 | |